# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JULIE A. JENKINS on behalf of herself and her patients, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>MARIANNE LYNCH, District Attorney of Penobscot and Piscataquis Counties, *et al.*, )<br><br>Defendants. ) | Docket No. 2:17-cv-366-NT |

## ORDER TO SHOW CAUSE

On May 30, 2019, Governor Janet T. Mills signed legislation enacted by the Maine Legislature that permits certain health care professionals to perform abortions. L.D. 1261 (129th Legis. 2019). The parties explain why, in light of that legislation, I should not issue an Order of Dismissal in this case. The parties shall respond to this Order to Show Cause on, or before, June 14, 2019.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 3rd day of June, 2019.