# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JULIE A. JENKINS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARIANNE LYNCH, *et al.*, <br><br> Defendants. | CIVIL NO. 2:17-cv-366-NT |

## JOINT RESPONSE TO JUNE 3, 2019 ORDER TO SHOW CAUSE
## AND STIPULATION OF DISMISSAL

On June 3, 2019, this Court issued an Order to Show Cause (ECF No. 58) requesting the that the parties explain whether, in light of the Governor's signing LD 1261, "An Act to Authorize Certain Health Care Professionals to Perform Abortion," (129th Legis. 2019) into law, this Court should issue an Order of Dismissal. The parties, having conferred, jointly respond as follows:

1. On June 10, 2019, LD 1261 was signed into law. On June 11, 2019, this law was chaptered as Public Law 2019, chapter 262.

2. P.L. 2019, ch. 262 expands the categories of health care professionals who are permitted to perform abortions under Maine law, which was the relief sought in this lawsuit. Accordingly, the parties agree that this matter should be dismissed.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the parties jointly stipulate to dismissal of this action.

1

Date: June 12, 2019					Respectfully submitted,

/s/ Christopher C. Taub
CHRISTOPHER C. TAUB, AAG
HALLIDAY MONCURE, AAG
Office of the Attorney General
Six State House Station Augusta, Maine 04333-0006 Tel. (207) 626-8800
Fax (207) 287-3145
Christopher.C.Taub@maine.gov
*Counsel for Defendants*

/s/ Zachary L. Heiden
Zachary L. Heiden
/s/ Emma E. Bond
Emma E. Bond
American Civil Liberties Union of Maine Foundation
121 Middle Street, Suite 200
Portland, ME 04103
Telephone: (207) 619-6224
ebond@aclumaine.org
zheiden@aclumaine.org
*Counsel for Plaintiffs*

/s/ Julia Kaye
Julia Kaye*
Andrew D. Beck*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
jkaye@aclu.org
abeck@aclu.org
*Counsel for Julie A. Jenkins and Family Planning Association of Maine d/b/a Maine Family Planning and Primary Care Services*

Jennifer Sandman*
Planned Parenthood Federation of America
123 William Street, 9th Floor
New York, NY 10038
Telephone: (212) 261-4749
jennifer.sandman@ppfa.org

Diana Salgado*
Planned Parenthood Federation of America
1110 Vermont Ave., NW, Suite 300
Washington, DC 20005
Telephone: (212) 541-7800
diana.salgado@ppfa.org
*Counsel for Katie Riley, Alison J.G. Bates, Stephanie L. Small, and Planned Parenthood of Northern New England*

*\* Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 12th day of June, 2019, I electronically filed the above JOINT RESPONSE TO JUNE 3, 2019 ORDER TO SHOW CAUSE AND STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    CHRISTOPHER C. TAUB
    Christopher.C.Taub@maine.gov

    HALLIDAY MONCURE
    Halliday.Moncure@maine.gov

To my knowledge, there are no non-registered parties or attorneys participating in this case.

                                          /s/ Zachary L. Heiden
                                          Zachary L. Heiden
                                          American Civil Liberties Union of Maine